AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ERIK RAU<br>DOB: XX/XX/XXXX<br><br>_____<br>*Defendant(s)* | ) Case: 1:21-mj-00524<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 7/13/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | knowingly enter or remain in any restricted building or grounds without lawful authority to do; knowingly, and with intent to impede or disrupt the orderly conduct of Government business |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | which makes it a crime to willfully and utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct; parade, demonstrate, or picket in any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek R. Corral, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____07/13/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____      Robin M. Meriweather, Special Agent
*Printed name and title*