AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**ERIK RAU**<br><br>_____<br>*Defendant* | )<br>Case: 1:21-mj-00524<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 7/13/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **ERIK RAU**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2), knowingly enter or remain in any restricted building or grounds without lawful authority to do; knowingly, and with intent to impede or disrupt the orderly conduct of Government business

40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct; parade, demonstrate, or picket in any of the Capitol Buildings

Date: 07/13/2021

2021.07.13 15:55:45 -04'00'
*Issuing officer's signature*

City and state:  Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/13/2021, and the person was arrested on *(date)* 7/15/2021
at *(city and state)* Columbus, OH.

Date: 7/15/2021

*Arresting officer's signature*

SA Stuart M. Bronstein
*Printed name and title*