# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 21-cr-00467-JEB |
| v. | : | |
| | : | |
| **ERIK RAU,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO EXHIBIT

The United States of America hereby provides notice that it submitted the following video exhibit to the Government's Sentencing Memorandum, ECF 13, by email to Chambers in the above-captioned matter:

- Exhibit 1 – January 6 video of Jancart and Rau outside of U.S. Capitol

Dated: September 24, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: /s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C. 20530
Office: 202-803-1608
Leslie.Goemaat@usdoj.gov