David Kukula

████████████

████████████

████████

August 24, 2021

To the Honorable Judge Boasberg,

Federal Court

Washington, DC

Your Honour,

I have known Erik Rau much of his life.  He was a child when I first met him at my local church and through music he met, fell in love and married the oldest of my four daughters.  Erik and my daughter now do an incredible job of raising my three grandsons on a small farm.  There are several traits my son in law  possesses that I would like you to take into consideration.

Erik is a devoted father and husband that always goes to work and provides for his family.  He is well respected at his place of work which provides good pay and benefits for his family.  When he gets home from work, he works tirelessly to maintain the small farm that my daughter loves so much.  He volunteers his many talents to help friends, family, and strangers.  He is always caring and giving to those that he meets.

I am certain that Erik was peaceful, nonviolent, and respectful of others on the day he went to the protest in Washington DC.  I am pledging my words of good character so you may better understand Eric's good nature and caring heart.

Thank you for your time and consideration.

Sincerely,

David A Kukula