From: Edwin F. Beltran

July 28, 2021

To: The Honorable Judge James Boasberg

Re: Character Reference for Court Regarding Erik Rau

Dear Judge Boasberg,

It is my honor to voluntarily provide a character reference for Erik Rau. I know him to be an exceptional man who is distressed by his current circumstances. I understand that upon knowing of the charges Erik proactively contacted his local law enforcement authorities.

Erik is a good man and this has been obvious to me for the past 20 years. He is a very responsible son, husband and father and offers his help to family and friends without hesitation. Erik's character is outstanding which has been a factor in my decision to relocate to his Ohio community.

Erik is active in church as an instrumentalist on the worship team and demonstrates his faith via his integrity. He is a sound community member and respects authority and constitutional law. This situation has clearly been causing him anxiety.

I wish the best outcome for Erik regarding this case (#1:21-cr-467) and I shall support him as all his family and friends do.

If necessary, I am willing to give oral evidence to the court for Erik. You may contact me at:

Sincerely,


Edwin R. Beltran, RN, BSN